IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **TAVISH NIGEL GODDARD,** : | |
| : | |
| Petitioner, : | |
| : | NO. 5:25-CV-00317-TES-AGH |
| VS. : | |
| : | |
| **TYRONE OLIVER,** : | |
| : | |
| Respondent. : | |
| : | |

**ORDER**

*Pro se* Petitioner Tavish Nigel Goddard, a prisoner at the Georgia Diagnostics & Classifications Prison in Jackson, Georgia, filed this petition for a writ of habeas corpus in the Northern District of Georgia. ECF No. 1. Petitioner is challenging his April 25, 2025 conviction for malice murder from the Superior Court of Baldwin County, Georgia. *Id*. His petition was transferred to this Court. ECF Nos. 2, 3. A review of court records reveals that Petitioner presently has another active habeas action nearly identical to this action that challenges the same conviction. *Compare id*. with ECF No. 1 in 5:25-cv-00318-MTT-CHW, *Goddard v. Tyrone Oliver*.

"As part of its general power to administer its docket, a district court may stay or dismiss a suit that is duplicative" of another active case. *Curtis v. Citibank*, 226 F.3d 133, 138 (2d Cir. 2000). "[A] suit is duplicative … if the parties, issues, and available relief do not significantly differ between the two actions." *IA. Durbin, Inc. v. Jefferson Nat'l Bank*, 793 F.2d 1541, 1551 (11th Cir. 1986). Because the petition in this action is

indistinguishable from Petitioner's currently pending habeas in this Court and because each petition seeks similar relief from the same incarceration, the present action is **DISMISSED** as duplicative.

    **SO ORDERED**, this 5th day of August, 2025.

                  *S/ Tilman E. Self, III*

                  **TILMAN E. SELF, III**
                  **UNITED STATES DISTRICT JUDGE**