IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TAVISH NIGEL GODDARD, | * |
| Petitioner, | * |
| v. | Case No. 5:25-cv-00317-TES-AGH |
| | * |
| TYRONE OLIVER, | |
| | * |
| Respondent. | |
| | * |

**J U D G M E N T**

Pursuant to this Court's Order dated August 5, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondent.

This 5th day of August, 2025.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk